**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:18-CV-680**

| | |
|---|---|
| **KIMBERLY TIGNER**<br><br>                    **Plaintiff,**<br><br>**v.**<br><br>**CHARLOTTE-MECKLENBURG SCHOOLS,**<br><br>                    **Defendant.** | **NOTICE OF NO REPLY** |

## NOTICE BY DEFENDANT CHARLOTTE-MECKLENBURG SCHOOLS: NO REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant Charlotte-Mecklenburg Schools ("Defendant"), by and through counsel, hereby provides notice to this Court, pursuant to Local Civil Rule 7.1 of the Rules of Practice and Procedure for the United States District Court for the Western District of North Carolina, that Defendant will not file a reply to Plaintiff's **untimely filed** Memorandum of Law in Opposition to Defendant's Motion to Dismiss.

Respectfully submitted, this the 1st day of August 2019.

> /s/ Terry L. Wallace
> Terry L. Wallace
> N.C. State Bar No. 26806
> Wallace Childers PLLC
> 5821 Fairview Road; Suite 110
> Charlotte, North Carolina 28209
> Phone:  704-626-2900
> Fax:  704-626-3476
> Email: terry@wallacechilders.com

/s/ Courtney C. Rogers
Courtney C. Rogers
N.C. Bar No. 46365
Senior Associate General Counsel
Charlotte-Mecklenburg Board of Education
600 E. Fourth Street, 5th Floor
Charlotte, North Carolina 28202
Phone: 980-343-6228; Facsimile: 980-343-5739
Email: courtneyc.rogers@cms.k12.nc.us
**ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

This is to certify that on this date I electronically filed the foregoing **NOTICE BY DEFENDANT CHARLOTTE-MECKLENBURG SCHOOLS: NO REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to any CM/ECF participants.

This the 1st day of August 2019.

/s/ Courtney C. Rogers_____
Courtney C. Rogers
N.C. State Bar No. 46365
Senior Associate General Counsel
Charlotte-Mecklenburg Board of Education
600 E. Fourth Street, 5th Floor
Charlotte, North Carolina 28202
Phone: 980.343.6228
Facsimile: 980.343.5739
Email: courtneyc.rogers@cms.k12.nc.us

3